55 A.3d 1056

Joseph Todd THOMPSON, Executor of the Estate
of Charles Frost, Deceased, and Margie
Frost, Widow in her Own Right

v.

CROUSE–HINDS and Graybar Electric Company, Inc.

Petition of Graybar Electric Company.

Supreme Court of Pennsylvania.

Nov. 13, 2012.

*ORDER*

PER CURIAM.

**AND NOW,** this 13th day of November, 2012, the Application for Late Joinder in Crouse–Hinds Corporation's Petition for Allowance of Appeal is **DENIED.**